04cr30040

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 6:02-CR-81-ORL-28DAB |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Veronica Diane Kozak<br>Community Corrections Center<br>Boston, Massachusetts | Middle District of Florida | Orlando |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable John Antoon II | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 14, 2004 — TO July 13, 2005 |

OFFENSE

Assaulting a Federal Officer 18 USC 111 (a)
Damaging Government Property 18 USC 1361

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __District of Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/24/04_
Date

_/s/_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __DISTRICT OF Massachusetts__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8-24-04_
Effective Date

_Michael A. Ponsor_
United States District Judge