UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

        Plaintiff        CIVIL / CRIMINAL

                  CASE NO. 04-30040

V.

**VERONICA KOZAK**

        Defendant

## NOTICE

**PONSOR** _____ D.J.

PLEASE TAKE NOTICE that the above-entitled case has been RESET for REVOCATION HEARING on 9/8/04 at 10:30 A.M. before Judge PONSOR in Courtroom # 1 on the 5th floor.

Counsel shall file Motion and affidavit as to reason for rescheduling.

TONY ANASTAS,
CLERK OF COURT

9/3/04                              By:   /s/Elizabeth A. French
Date                                    Deputy Clerk

**Notice mailed to:**

**All counsel of record**