# Commonwealth of Massachusetts

UNITED STATES, SS.

CASE NO.: 04-30040

| | |
|---|---|
| UNITED STATES,   **PLAINTIFF** | |
| v. | |
| VERONICA KOZAK,   **DEFENDANT** | |

## DEFENDANT'S MOTION TO CONTINUE

NOW COMES Defendant, Veronica Kozak, in the above-captioned matter and respectfully moves this Honorable Court to continue the case now scheduled for 9/03/04 for the following reason:

- Attorney for the Defendant had personal family emergency

For the foregoing reason, Defendant requests that the case be continued until such time as may please the Court.

Dated: September 3, 2004

Respectfully submitted.

By her Attorney,

Michael J. Cruz, Esq.
Attorney for Defendant