# Commonwealth of Massachusetts

UNITED STATES, SS.

CASE NO.: 04-30040

**UNITED STATES,**

        PLAINTIFF

v.

**VERONICA KOZAK,**

        DEFENDANT

## DEFENDANT'S AFFIDAVIT IT SUPPORT OF
## MOTION TO CONTINUE

Under oath, I depose and state that:

1. My name is Michael J. Cruz.

2. I am the attorney of record for the above-named defendant.

3. I was unavailable to attend the currently scheduled hearing due to a personal family emergency.

Dated: September 3, 2004

Respectfully submitted.

By her Attorney,

*Michael J. Cruz*
Michael J. Cruz, Esq.
Attorney for Defendant