UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES        )
                     )        CRIMINAL   NO: 04-30040
V.                   )
                     )
VERONICA KOZAK       )

MOTION TO WITHDRAW

Now comes counsel, Michael J. Cruz, Esq., and respectfully request that
this Honorable Court allow him to withdraw from this matter and appoint
successor counsel.

As reasons therefore, Counsel states that he has resigned from the
practice of law forthwith.

Date: 9/7/04

Michael J. Cruz, Esq.
1350 Main Street
Springfield, MA 01103
Tel: (413) 739-6167
BBO# 561220

I hereby certify that I have sent the following via facsimile to A.D.A
Ariane Vuono, and the United States District Court Clerk's Office.